IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                    Case No. 4:20-CR-00322-BRW

THOMAS THORNTON

**ORDER**

Defendant's Motion to Amend or for Certificate of Appealability is DENIED.

The standard for evaluating a certificate of appealability petition is set out in 28 U.S.C. § 2253(c)(2): "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." The Eighth Circuit has explained that "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings."[1]

Defendant has not made a substantial showing of the denial of any constitutional right, nor has he provided any reason for amending his dismissed habeas motion.

IT IS SO ORDERED this 10th day of September, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997).